**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Murrieta, | ) CV 08-0456-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| White Cap Construction Supply, Inc., and HD Supply, Inc. | ) |
| Defendants. | ) |

I hereby recuse myself from the above-captioned matter and refer this case to the Clerk of Court to be reassigned, by random lot, to another judge in the District of Arizona.

Therefore,

**IT IS HEREBY ORDERED** that this matter has been reassigned by the Clerk of Court, by random lot, to the **Honorable H. Russel Holland.** All future pleadings and papers submitted for filing shall bear the following complete case number: **CV 08-0456-PHX-HRH.**

DATED this 12th day of March, 2008.

_____
Stephen M. McNamee
United States District Judge

cc: HRH